IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOHN BILLINGS and all other similarly situated individuals within the United<br><br>Plaintiffs,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP and FRITO-LAY, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. G-05-112<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Summary Judgment, all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 31st day of January, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge